| | |
|---|---|
| 1 | LAURA A. STOLL (SBN 255023) |
| 2 | lstoll@goodwinlaw.com<br>**GOODWIN PROCTER LLP** |
| 3 | 601 S Figueroa Street, 41st Floor<br>Los Angeles, California  90017 |
| 4 | Tel.: +1 213 426 2500<br>Fax.: +1 213 623 1673 |
| 5 | Attorneys for Defendant |
| 6 | CLEAR FINANANCE TECHNOLOGY CORPORATION |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| STILLWATER DESIGN, INC., a California corporation, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>CLEAR FINANCE TECHNOLOGY CORPORATION, a Canadian corporation, and DOES 1 through 25, inclusive,<br><br>        Defendant. | Case No.:<br><br>**DEFENDANT CLEAR FINANCE TECHNOLOGY CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1** |

# DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
# PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Clear Finance Technology Corporation ("Clear Finance" or "Defendant") hereby files this corporate disclosure statement and discloses the following:  Clear Finance is a privately-held company with no parent corporation, and no publicly-held corporation owns 10% or more of Clear Finance's stock.

# DEFENDANDANT'S NOTICE OF INTERESTED PARTIES
# PURSUANT TO LOCAL RULE 7.1-1

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for Defendant, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

- Clearfund I, L.P.
- Clearfund II, L.P.
- Clear Finance Technology (U.S.) Corp.

Dated:   January 11, 2019

Respectfully submitted,

By: /s/ Laura A. Stoll
LAURA A. STOLL
*lstoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorney for Defendant CLEAR FINANCE TECHNOLOGY CORPORATION

## PROOF OF SERVICE

I am employed in the County of Suffolk, Commonwealth of Massachusetts. At the time of service I was over 18 years of age and not a party to this action. My business address is: 100 Northern Avenue, Boston, Massachusetts 02210.

On **January 11, 2019**, I served the following document(s) on the person(s) below as follows:

**DEFENDANT CLEAR FINANCE TECHNOLOGY CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**

| | |
|---|---|
| Shane M. Popp (SBN 219668)<br>**The Law Office of Shane M. Popp**<br>3460 Barry Avenue<br>Los Angeles, California 90066 | *Counsel for Plaintiff*<br>Tel.: (310) 930-6051<br>Fax: (310) 861-1780<br>shane_popp@hotmail.com |

The document(s) were served by the following means:

☑ (OVERNIGHT DELIVERY). By overnight delivery. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 11, 2019, at Boston, Massachusetts.

| | |
|---|---|
| Allison H. Orpilla<br>(Type or print name) | *[signature]*<br>(Signature) |