1  LAURA A. STOLL (SBN 255023)
2  *lstoll@goodwinlaw.com*
   **GOODWIN PROCTER LLP**
3  601 S Figueroa Street, 41st Floor
   Los Angeles, California 90017
4  Tel.: +1 213 426 2500
   Fax.: +1 213 623 1673
5
   Attorneys for Defendant
6  CLEAR FINANANCE TECHNOLOGY
   CORPORATION
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| STILLWATER DESIGN, INC., a California corporation, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CLEAR FINANCE TECHNOLOGY CORPORATION, a Canadian corporation, and DOES 1 through 25, inclusive, <br><br> Defendant. | Case No.: 2:19-cv-00251 CJC (PJWx) <br><br> **DEFENDANT CLEAR FINANCE TECHNOLOGY CORPORATION'S NOTICE OF MOTION AND MOTION TO DISMISS** <br><br> Date: March 18, 2019 <br> Time: 1:30 p.m. <br> Courtroom: 7C <br> Judge: Hon. Cormac J. Carney <br><br> Filed Concurrently with: <br> 1. Memorandum of Points and Authorities <br> 2. Declaration of Andrew D'Souza <br> 3. Proposed Order |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 18, 2019 at 1:30 p.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Cormac J. Carney, United States District Judge, located at the First Street U.S. Courthouse, 350 West 1st Street, Los Angeles, California 90012, Courtroom 7C, Defendant Clear Finance Technology Corporation will and hereby does move for an order dismissing all claims alleged in Plaintiff's Complaint with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6).

This Motion is based on the Notice of Motion, the Memorandum of Points and Authorities and declaration in support hereof, and all papers, pleadings, documents, arguments of counsel, and other materials presented before or during the hearing on this Motion, and any other evidence and argument the Court may consider.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on January 8, 2019. The parties were unable to reach agreement.

Dated: January 18, 2019

Respectfully submitted,

By: /s/ Laura A. Stoll
LAURA A. STOLL
*lstoll@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorney for Defendant CLEAR FINANCE TECHNOLOGY CORPORATION

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2

3    I hereby certify that I electronically filed the foregoing with the Clerk of the

4    Court for the United States District Court for the Central District of California by

5    using the CM/ECF system on January 18, 2019. I further certify that all participants in

6    the case are registered CM/ECF users and that service will be accomplished by the

7    CM/ECF system.

8    I certify under penalty of perjury that the foregoing is true and correct.

9    Executed on January 18, 2019 in Los Angeles, California.

10

11                    */s/ Laura A. Stoll*

12                    Laura A. Stoll

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28