LAURA A. STOLL (SBN 255023)
lstoll@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendant
CLEAR FINANANCE TECHNOLOGY
CORPORATION

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| STILLWATER DESIGN, INC., a California corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAR FINANCE TECHNOLOGY CORPORATION, a Canadian corporation, and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-00251 CJC (PJWx)<br><br>**DECLARATION OF ANDREW D'SOUZA IN SUPPORT OF CLEAR FINANCE TECHNOLOGY CORPORATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Filed Concurrently with:<br>1. Notice of Motion and Motion<br>2. Memorandum in Support<br>3. Proposed Order |

**DECLARATION OF ANDREW D'SOUZA**

I, Andrew D'Souza, declare as follows:

1. I am Chief Executive Officer ("CEO") of Clear Finance Technology Corporation ("Clear Finance"), a position I have held since 2015. In that capacity, I am responsible for managing Clear Finance's business operations. I make this declaration in support of Clear Finance's Motion to Dismiss Plaintiff's Complaint. I have personal knowledge of the facts set forth herein, and if called as a witness I could and would competently testify thereto.

2. Clear Finance was incorporated in 2015 under the laws of Canada and its Certificate of Incorporation identifies its registered office in Ontario, Canada.

3. Clear Finance is not, and was not at the time of the allegations in Plaintiff's Complaint, registered to do business in California.

4. Defendant maintains its business records at its office in Canada, and all of Defendant's employees are located in Canada.

5. Clear Finance maintains a mailing address in San Francisco, California but does not, and did not at the time of the allegations in Plaintiff's Complaint, own or lease any real estate in California.

6. Clear Finance does not, and did not at the time of the allegations in Plaintiff's Complaint, have a registered agent for service of process in California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 17, 2019 in Ontario, Canada.

_____
Andrew D'Souza

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on January 18, 2019. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on January 18, 2019 in Los Angeles, California.

*/s/ Laura A. Stoll*
Laura A. Stoll

3
CERTIFICATE OF SERVICE