1  Shane M. Popp (State Bar No. 219668)
   **The Law Office of Shane M. Popp**
2  3460 Barry Avenue
   Los Angeles, California 90066
3  Telephone: (310) 930-6051
   Facsimile: (310) 861-1780
4  E-mail:    shane_popp@hotmail.com

5
   Attorney for Plaintiff(s) Stillwater Design, Inc.
6         and others similarly situated

7

8                **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10                      **WESTERN DIVISION**

11

12  STILLWATER DESIGN, INC. a California          CASE NO. 2:19-cv-00251 CJC (PJWx)
    corporation, on behalf of itself and others
13  similarly situated,

14              Plaintiff,                        **DECLARATION OF LISA IZAD POPP IN**
                                                  **SUPPORT OF PLAINTIFF'S**
15        vs.                                     **OPPOSITION TO DEFENDANT'S**
                                                  **MOTION TO DISMISS**
16  CLEAR FINANCE TECHNOLOGY
    CORPORATION, a Canadian corporation, and
17  DOES 1 through 25, inclusive,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

─────────────────────────────────────────────
                    DECLARATION OF LISA IZAD POPP

## DECLARATION OF LISA IZAD POPP

I, Lisa Izad Popp, declare as follows:

(1) I am the Creative Director and Founder of Stillwater Design, Inc. ("Stillwater").  I have held that position since 2014.  Stillwater designs and sells women's apparel products to customers worldwide.  In my capacity as Creative Director, I am responsible for the concept and design of Stillwater's apparel line from season-to-season and its day-to-day operations.

(2) Stillwater is a small business with three (3) full-time employees.

(3) Stillwater has two (2) primary sales channels.  First, Stillwater wholesales its products to resellers who sell the products to the public at retail stores, online, etc.  Second, Stillwater operates a website where it sells its products directly to the public at retail prices.

(4) Stillwater operates its website through a third-party provider known as Shopify®.

(5) On or about August 20, 2018, I received an e-mail from the Defendant's representative who stated he was responsible for "eCommerce Investments" at Clearbanc.

(6) His e-mail stated "Historically, we've provided up to $8.5M to qualified eCommerce companies and have replaced their marketing budgets for up to a year."

(7) The e-mail then inquired whether I had time to have a telephone call to discuss.

(8) Prior to reading the above-referenced e-mail, I had never heard of the Defendant, Clearbanc, and was not aware of its business.

(9) Upon reviewing the above-referenced e-mail and relying on the fact that an investment of the kind mentioned therein would be beneficial to Stillwater, I began researching and performing preliminary due diligence on Clearbanc.

(10) I spent approximately 2.0 – 2.5 hours researching and attempting to determine whether Clearbanc and the investment it purported to make was legitimate.  The time spent researching Clearbanc was in lieu of my necessary duties at Stillwater.

(11) During the course of my research, I could not find a clear description of the type of investment that was being offered.

(12) I then forwarded the e-mail to the President and CEO of Stillwater to determine whether

1    the "investment" would be worth pursuing.

2    (13) I make this declaration in support of Stillwater's Opposition to Defendant's Motion to

3    Dismiss.  I have personal knowledge of the facts set forth herein, and if called as a witness I would

4    competently testify thereto.

5

6    Executed this ⟨21st⟩ day of February, 2019 in Los Angeles, California

7

8    By: _____

9                   Lisa Izad Popp

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
DECLARATION OF LISA IZAD POPP

1

## **CERTIFICATE OF SERVICE**

2    I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

3  United States District Court for the Central District of California by using the CM/ECF system

4  on <u>February 22, 2019</u>.  I further certify that all participants in the case are registered CM/ECF

5  users and that service will be accomplished by the CM/ECF system.

6    I certify under penalty of perjury that the foregoing is true and correct.

7  Executed on <u>February 22, 2019</u> in Los Angeles, California.

8

9                          By:  <u>/shanempopp/</u>

10                             Shane M. Popp

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

i

DECLARATION OF LISA IZAD POPP