LAURA A. STOLL (SBN 255023)
lstoll@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

DAVID L. PERMUT (*pro hac vice*)
dpermut@goodwinlaw.com
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: +1 202 346 4000
Fax.: +1 202 204 7279

Attorneys for Defendant
CLEAR FINANANCE TECHNOLOGY
CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| STILLWATER DESIGN, INC., a California corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAR FINANCE TECHNOLOGY CORPORATION, a Canadian corporation, and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-00251 CJC (PJWx)<br><br>**NOTICE OF LODGING OF DEFENDANT'S REQUEST FOR ENTRY OF JUDGMENT**<br><br>Courtroom: 7C<br>Judge: Hon. Cormac J. Carney |

NOTICE OF LODGING OF DEFENDANT'S REQUEST FOR ENTRY OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(d), Defendant Clear Finance Technology Corporation ("Defendant") respectfully requests the Court enter judgment in favor of Defendant and against Plaintiff Stillwater Design, Inc. ("Plaintiff").

On March 12, 2019, the Court granted Defendant's Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6).  *See* Dkt. No. 12.  The Court dismissed with prejudice Plaintiff's claims brought under (1) the California Finance Lenders Law, Cal. Fin. Code § 22000, *et seq.*; (2) the California Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750-1784; and (3) California usury laws.  Dkt. No. 12.  The Court dismissed without prejudice Plaintiff's claim brought under the California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200, *et seq*.  Dkt. No. 12.

On May 2, 2019, the Court granted in full Defendant's Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Rule 12(b)(6) and dismissed Plaintiff's remaining UCL claim with prejudice.  *See* Dkt. No. 17.

Now that all claims have been fully resolved, there is no just reason to delay entering judgment.  Fed. R. Civ. P. 58.  Defendant submits a [Proposed] Judgment, attached hereto as Exhibit A.

Dated:   May 14, 2019

Respectfully submitted,

By: */s/ Laura A. Stoll*
LAURA A. STOLL
lstoll@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 S Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

DAVID L. PERMUT (*pro hac vice*)
dpermut@goodwinlaw.com
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: +1 202 346 4000
Fax.: +1 202 204 7279

1
2                                                          Attorneys for Defendant CLEAR
                                                           FINANCE TECHNOLOGY CORP.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on May 14, 2019. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 14, 2019 in Los Angeles, California.

*/s/ Laura A. Stoll*
Laura A. Stoll