# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STILLWATER DESIGN, INC., a California corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAR FINANCE TECHNOLOGY CORPORATION, a Canadian corporation, and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.: 2:19-cv-00251 CJC (PJWx)<br><br>**JUDGMENT**<br><br>Courtroom: 7C<br>Judge: Hon. Cormac J. Carney |

# JUDGMENT

WHEREAS, on March 12, 2019, the Court granted Defendant Clear Finance Technology Corporation's ("Defendant") Motion to Dismiss Plaintiff Stillwater Design, Inc.'s ("Plaintiff") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* Dkt. No. 12. The Court dismissed with prejudice Plaintiff's claims brought under (1) the California Finance Lenders Law, Cal. Fin. Code § 22000, *et seq.*; (2) the California Consumers Legal Remedies Act, Cal. Civ. Code §§ 1750-1784; and (3) California usury laws. *See* Dkt. No. 12. The Court dismissed without prejudice Plaintiff's claim brought under the California Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200, *et seq. See* Dkt. No. 12.

WHEREAS, on May 2, 2019, the Court granted in full Defendant's Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and dismissed Plaintiff's remaining UCL claim with prejudice. *See* Dkt. No. 17.

NOW THEREFORE, it is ordered, adjudged, and decreed that Judgment is entered in favor of Defendant and against Plaintiff on all claims. The Court determines that there is no just reason for delay in entering judgment on these claims as to Defendant because each of Plaintiff's claims have been dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 15, 2019

HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE